**Ernest G. Ianetti, Esq.**
22 Riekens Trail
Denville, NJ 07834
(973) 324-1003
(973) 324-1002 fax
ianetti.efiling@outlook.com
Bar ID: EGI2533

Order Filed on June 19, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **In re** | Case No. 17-20509 |
| | Chapter 7 |
| **Juan Antonio Morales and Sheyla Morales,** | Order re **Application to Extend Time to File Schedules and All Related Documents** |
| Debtor. | |

The relief set forth on the following page is ORDERED.

_____
Honorable John K. Sherwood
United States Bankruptcy Judge

Dated:

**DATED: June 19, 2017**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

The Court having considered the Debtor's request to extend time to file schedules and all related documents, and for good cause shown, it

ORDERED that the Debtor's request is:

__x__ Granted. The deadline to file schedule is extended to __6/20/17__.

_____ Denied.