**Ernest G. Ianetti, Esq.**
22 Riekens Trail
Denville, NJ 07834
(973) 324-1003
(973) 324-1002 fax
ianetti.efiling@outlook.com
Bar ID: EGI2533

**Order Filed on June 19, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **In re** | Case No. 17-20509 |
| **Juan Antonio Morales and Sheyla Morales,** | **Chapter 7** |
| Debtor. | **Order re Application to Extend Time to File Schedules and All Related Documents** |

The relief set forth on the following page is ORDERED.

_____
Honorable John K. Sherwood
United States Bankruptcy Judge

Dated:

**DATED: June 19, 2017**

_/s/ JKSherwood_____
Honorable John K. Sherwood
United States Bankruptcy Court

The Court having considered the Debtor's request to extend time to file schedules and all related documents, and for good cause shown, it

ORDERED that the Debtor's request is:

__x__    Granted.  The deadline to file schedule is extended to __6/20/17__.

_____    Denied.

United States Bankruptcy Court
District of New Jersey

In re:
Juan A Morales
Sheyla D Morales
     Debtors

Case No. 17-20509-JKS
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2　　　User: admin　　　Page 1 of 1　　　Date Rcvd: Jun 20, 2017
                  Form ID: pdf903　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2017.
db/jdb　　　+Juan A Morales,　Sheyla D Morales,　203 Paxton Street,　Paterson, NJ 07503-2763

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2017　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2017 at the address(es) listed below:
       Denise E. Carlon　　on behalf of Creditor　　Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
       Ernest G. Ianetti　　on behalf of Joint Debtor Sheyla D Morales ianetti.efiling@outlook.com, eianetti20@gmail.com;r53532@notify.bestcase.com
       Ernest G. Ianetti　　on behalf of Debtor Juan A Morales ianetti.efiling@outlook.com, eianetti20@gmail.com;r53532@notify.bestcase.com
       Jeanette F. Frankenberg　　on behalf of Creditor　　Nationstar Mortgage LLC cmecf@sternlav.com
       Nancy Isaacson　　nisaacson@greenbaumlaw.com, admin@remote7solutions.com;J101@ecfcbis.com
       U.S. Trustee.　　USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6