Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  17−20509−JKS
        Chapter:  7
        Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Juan A Morales | Sheyla D Morales |
| 203 Paxton Street | 203 Paxton Street |
| Paterson, NJ 07503 | Paterson, NJ 07503 |

Social Security No.:
  xxx−xx−1291                                                            xxx−xx−5455

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 7/25/17 at 10:00 AM

to consider and act upon the following:

*17* − Notice of Request for Loss Mitigation re:Nationstar Mortgage, LLC, filed by Ernest G. Ianetti on behalf of Juan A Morales, Sheyla D Morales. Objection deadline is 07/7/2017. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Ianetti, Ernest)


Dated: 7/10/17

                                                                                         Jeanne Naughton
                                                                                        Clerk, U.S. Bankruptcy Court