Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                        Case No.: 17−20509−JKS
                                        Chapter: 7
                                        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Juan A Morales                                     Sheyla D Morales
    203 Paxton Street                               203 Paxton Street
    Paterson, NJ 07503                            Paterson, NJ 07503

Social Security No.:
    xxx−xx−1291                                         xxx−xx−5455

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 7/25/17 at 10:00 AM

to consider and act upon the following:

*17* − Notice of Request for Loss Mitigation re:Nationstar Mortgage, LLC, filed by Ernest G. Ianetti on behalf of Juan A Morales, Sheyla D Morales. Objection deadline is 07/7/2017. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Ianetti, Ernest)

Dated: 7/10/17

                                                            Jeanne Naughton
                                                            Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
Juan A Morales
Sheyla D Morales
       Debtors

Case No. 17-20509-JKS
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Jul 10, 2017
                      Form ID: ntchrgbk  Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2017.
db/jdb       +Juan A Morales,    Sheyla D Morales,    203 Paxton Street,    Paterson, NJ 07503-2763

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2017 at the address(es) listed below:
            Denise E. Carlon   on behalf of Creditor   Wilmington Savings Fund Society, FSB, as Trustee of
             Stanwich Mortgage Loan Trust A dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
            Ernest G. Ianetti   on behalf of Joint Debtor Sheyla D Morales ianetti.efiling@outlook.com,
             eianetti20@gmail.com;r53532@notify.bestcase.com
            Ernest G. Ianetti   on behalf of Debtor Juan A Morales ianetti.efiling@outlook.com,
             eianetti20@gmail.com;r53532@notify.bestcase.com
            Jeanette F. Frankenberg   on behalf of Creditor   Nationstar Mortgage LLC cmecf@sternlav.com
            Nancy Isaacson   nisaacson@greenbaumlaw.com,    admin@remote7solutions.com;J101@ecfcbis.com
            U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                               TOTAL: 6