| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY **Caption in Compliance with D.N.J. LBR 9004-2(c)** Stern Lavinthal & Frankenberg LLC 105 Eisenhower Parkway - Suite 302 Roseland, NJ  07068 Telephone Number (973) 797-1100 Telecopier Number (973) 228-2679 Attorneys for Secured Creditor, **Nationstar Mortgage LLC** By: Jeanette F. Frankenberg, Esq. | |
|---|---|
| In Re:<br><br>    Juan A Morales<br><br>    Sheyla D Morales<br><br>    Debtor(s) | Case No.: 17-20509-JKS<br>Chapter: 7<br>Hearing Date: July 25, 2017<br>Judge: John Sherwood |

**Order Filed on July 31, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

## ORDER VACATING AUTOMATIC STAY

    The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

**DATED: July 31, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

-14-

(Page 2)
Debtor: Juan A Morales and Sheyla D Morales
Case No.: 17-20509-JKS
Caption of Order: **Order Vacating Automatic Stay**

Upon the Motion of Nationstar Mortgage LLC, on behalf of itself and its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or "Movant"), under Bankruptcy Code Section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown,

ORDERED as follows:

1. The automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the movant its successors and/or assigns to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant upon the following:

Land and premises commonly known as **203 Paxton Street, Paterson, NJ  07503**

2. The movant may join the debtor and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the debtor, any trustee and other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:
Juan A Morales
Sheyla D Morales
      Debtors

Case No. 17-20509-JKS
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jul 31, 2017
                           Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2017.
db/jdb       +Juan A Morales,    Sheyla D Morales,    203 Paxton Street,    Paterson, NJ 07503-2763

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2017                                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2017 at the address(es) listed below:
          Denise E. Carlon     on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Ernest G. Ianetti     on behalf of Joint Debtor Sheyla D Morales ianetti.efiling@outlook.com, eianetti20@gmail.com;r53532@notify.bestcase.com
          Ernest G. Ianetti     on behalf of Debtor Juan A Morales ianetti.efiling@outlook.com, eianetti20@gmail.com;r53532@notify.bestcase.com
          Jeanette F. Frankenberg     on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
          Nancy Isaacson     nisaacson@greenbaumlaw.com,    admin@remote7solutions.com;J101@ecfcbis.com
          U.S. Trustee.     USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                     TOTAL: 6