Form order – ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−20509−JKS
Chapter: 7
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Juan A Morales
203 Paxton Street
Paterson, NJ 07503

Sheyla D Morales
203 Paxton Street
Paterson, NJ 07503

Social Security No.:
   xxx−xx−1291                                         xxx−xx−5455

Employer's Tax I.D. No.:

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

Please be advised that on August 2, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 29 − 28
Order Denying Approval of Reaffirmation Agreement. (related document:28 Reaffirmation Agreement filed by Creditor Nissan−Infiniti LT). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/2/2017. (zlh)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 2, 2017
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Juan A Morales
Sheyla D Morales
      Debtors

Case No. 17-20509-JKS
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Aug 02, 2017
                             Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2017.
cr          +Nissan-Infiniti LT,    Stewart, Zlimen & Jungers, Ltd.,    2277 Hwy 36 West,    Ste. 100,    Roseville, MN 55113-3896

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2017                                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2017 at the address(es) listed below:
           Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
           Ernest G. Ianetti    on behalf of Joint Debtor Sheyla D Morales ianetti.efiling@outlook.com, eianetti20@gmail.com;r53532@notify.bestcase.com
           Ernest G. Ianetti    on behalf of Debtor Juan A Morales ianetti.efiling@outlook.com, eianetti20@gmail.com;r53532@notify.bestcase.com
           Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
           Nancy Isaacson    nisaacson@greenbaumlaw.com, admin@remote7solutions.com;J101@ecfcbis.com
           U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                        TOTAL: 6