Certificate Number: 01401-NJ-DE-029741668

Bankruptcy Case Number: 17-20509



01401-NJ-DE-029741668

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 16, 2017</u>, at <u>4:58</u> o'clock <u>PM EDT</u>, <u>Juan A Morales</u> completed a course on personal financial management given <u>by internet</u> by <u>GreenPath, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:  <u>August 16, 2017</u>        By:    <u>/s/Jeremy Lark</u>

                                Name:  <u>Jeremy Lark</u>

                                Title:  <u>FCC Manager</u>

Certificate Number: 01401-NJ-DE-029741452

Bankruptcy Case Number: 17-20509



01401-NJ-DE-029741452

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 16, 2017, at 4:23 o'clock PM EDT, Sheyla D Morales completed a course on personal financial management given by internet by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:    August 16, 2017          By:    /s/Jeremy Lark

Name:    Jeremy Lark

Title:    FCC Manager