45989
MORTON & CRAIG, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Nissan Motor Acceptance Corporation, Servicer
For Nissan-Infiniti LT
JM5630_____

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

IN RE:   JUAN A. MORALES
         SHEYLA D. MORALES

CHAPTER 7
CASE NO.: 17-20509 (JKS)
HEARING DATE:

NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES, PLAN AND DISCLOSURE STATEMENTS

Attorney for Nissan Motor Acceptance Corporation, Servicer

For Nissan-Infiniti LT hereby enters its appearance and the law firm of John R.

Morton, Jr., Esquire, pursuant to Fed R Bankr P 9010, hereby enters their appearance

as attorneys for Attorney for Nissan Motor Acceptance Corporation, Servicer

For Nissan-Infiniti LT with regard to all matters and proceedings in the above

captioned case, showing counsel's name, office address and telephone number as

follows:

John R. Morton, Jr., Esquire
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856)866-0100

Attorney for Nissan Motor Acceptance Corporation, Servicer

For Nissan-Infiniti LT, pursuant to Fed R Bankr P 2002, hereby requests that all notices required to be given under Fed R Bankr P 2002, including notices under Fed R Bankr P 2002(I), that, but for this Request, would be provided only to committees appointed pursuant to the Bankruptcy Code or their authorized agents, be given to Nissan Motor Acceptance Corporation by due service upon its undersigned attorneys, John R. Morton, Jr., Esquire, at the address stated above and also to it at the following address:

Nissan Motor Acceptance Corporation
PO Box 660366
Dallas, TX. 75266-0366

Attorney for Nissan Motor Acceptance Corporation, Servicer

For Nissan-Infiniti LT, pursuant to Fed R Bankr P 3017(a), further requests that all plans and disclosure statements filed herein by any party be duly served upon it and its undersigned attorneys.

    /s/   John R. Morton, Jr. ___
        John R. Morton, Jr., Esquire
        Attorney for Attorney for Nissan Motor
        Acceptance Corporation, Servicer
        For Nissan-Infiniti LT

Dated: