# NANCY ISAACSON, CHAPTER 7 TRUSTEE

Greenbaum Rowe Smith & Davis, LLP

75 Livingston Ave.

Roseland, NJ  07068

(973) 535-1600

April 30, 2019

Jeanne A. Naughton, Clerk
United States Bankruptcy Court
Martin Luther King, Jr.
Federal Building
50 Walnut Street
Newark, NJ  07102

      **Re:  JUAN MORALES AND SHEYLA MORALES**
         **Case Number: 17-20509-JKS**

Dear Ms. Naughton:

    In response to the Court's memo to trustee requesting no asset report, please be advised that I am in the process of abandoning property.  I estimate that I will be able to close this case by June 30, 2019.

                        Very truly yours,

                        /s/Nancy Isaacson

                        NANCY ISAACSON

NI/teb