UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

JUAN A. MORALES and
SHEYLA D. MORALES

Case No.: 17-20509
Chapter: 7
Judge: JKS

## NOTICE OF PROPOSED ABANDONMENT

_____Nancy Isaacson_____, _Chapter 7 Trustee_ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102 |

If an objection is filed, a hearing will be held before the Honorable _John K. Sherwood_ on _May 28, 2019_ at _10:00_ a.m. at the United States Bankruptcy Court, Courtroom no. _3D_. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | Cape Coral Lots 33 and 34 Block 2429, Unit 34, Lee County, LF - $9,750.00 |

| Liens on property: | NONE |

| Amount of equity claimed as exempt: | $0.00 |

Objections must be served on, and requests for additional information directed to:

Name:   Nancy Isaacson, Chapter 7 Trustee

Address:   75 Livingston Avenue, Suite 301, Roseland, NJ 07068-3701

Telephone No.:   (973) 535-1600

*rev.8/1/15*