UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
JUAN A. MORALES and  
SHEYLA D. MORALES

Case No.: 17-20509  
Chapter: 7  
Judge: JKS

## NOTICE OF PROPOSED ABANDONMENT

_____Nancy Isaacson_____, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: Martin Luther King, Jr. Federal Building  
50 Walnut Street  
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable __John K. Sherwood__ on __May 28, 2019__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. _____. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: Lehigh Acres, Unit 11, Lot 23, Block 37, Lee County, FL - $4,800.00

Liens on property: None

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: Nancy Isaacson, Chapter 7 Trustee  
Address: 75 Livingston Avenue, Suite 301, Roseland, NJ 07068-3701  
Telephone No.: (973) 535-1600

*rev.8/1/15*