UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 17-20509 |
| JUAN A. MORALES and | Chapter: 7 |
| SHEYLA D. MORALES | Judge: JKS |

**AMENDED NOTICE OF PROPOSED ABANDONMENT**

_____Nancy Isaacson_____, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:    Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable _____John K. Sherwood_____ on _____May 28, 2019_____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. ___3D___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:    Lehigh Acres, East 1/2 of Lot 12, Block 21, Unit 6, Lee County, FL - $5,800.00

Liens on property:    None

Amount of equity claimed as exempt:  $0.00

Objections must be served on, and requests for additional information directed to:

Name:    Nancy Isaacson, Chapter 7 Trustee
Address:    75 Livingston Avenue, Suite 301, Roseland, NJ 07068-3701
Telephone No.:  (973) 535-1600

*rev.8/1/15*