UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

NANCY ISAACSON, ESQ. (NI/1325)
GREENBAUM, ROWE, SMITH & DAVIS LLP
75 Livingston Ave.
Roseland, New Jersey  07068-3701
(973) 535-1600
Attorneys for Nancy Isaacson, Chapter 7 Trustee

In Re:

JUAN A. MORALES and SHEYLA D. MORALES,

Debtors.

Case No.:  17-20509

Chapter:  7

Hearing Date:  5/28/19

Judge:  JKS

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter: Notice of Proposed Abandonment filed at Docket No. 61, Amended Notice filed at Docket No. 63, Notice of Proposed Abandonment filed at Docket No. 65.

Date: 5/1/19

/s/Nancy Isaacson
Signature

*rev.8/1/15*