UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
JUAN A. MORALES and  
SHEYLA D. MORALES

Case No.: 17-20509  
Chapter: 7  
Judge: JKS

## NOTICE OF PROPOSED ABANDONMENT

__Nancy Isaacson__, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:  
Martin Luther King, Jr. Federal Building  
50 Walnut Street  
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable __John K. Sherwood__ on __May 28, 2019__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3D__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 203 Paxton Street, Paterson, NJ - $75,000.00

Liens on property: Nationstar Mortgage, LLC - $243,484.73

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: Nancy Isaacson, Chapter 7 Trustee  
Address: 75 Livingston Avenue, Suite 301, Roseland, NJ 07068-3701  
Telephone No.: (973) 535-1600

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Juan A Morales  
Sheyla D Morales  
    Debtors

Case No. 17-20509-JKS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2      Date Rcvd: Apr 30, 2019  
                    Form ID: pdf905      Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2019.

```
db            #+Juan A Morales,    203 Paxton Street,    Paterson, NJ 07503-2763
jdb           #+Sheyla D Morales,    203 Paxton Street,    Paterson, NJ 07503-2763
cr             +Nationstar Mortgage LLC,    Stern, Lavinthal & Frankenberg,    105 Eisenhower Parkway,
                 Suite 302,    Roseland, NJ 07068-1640
cr             +Nissan Motor Acceptance Corporation, Servicer for,    P.O. Box 660366,    Dallas, TX  75266-0366,
                 UNITED STATES 75266-0366
cr             +Nissan-Infiniti LT,    Stewart, Zlimen & Jungers, Ltd.,    2277 Hwy 36 West,    Ste. 100,
                 Roseville, MN 55113-3896
516897766      +Carrington Mortgage Services,    P.O. Box 3489,    Anaheim, CA 92803-3489
516840988      +Chase Card,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
516840989      +Chase Card Services,    Attn: Correspondence,    P.O. Box 15278,    Wilmington, DE 19850-5278
516840990      +Nationstar Mortgage, LLC,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
516840991      +Nissan Motor Acceptance Corp/Infinity Lt,    Nmac/Attn: Bankruptcy,    Po Box 660360,
                 Dallas, TX 75266-0360
516840993       Square One Financial/Cach LLC,    P.O. Box 5980,    Littleton, CO 80127
516897785      +Stern, Lavinthal & Frankenberg, LLC,    105 Eisenhower Parkway,    #302,
                 Roseland, NJ 07068-1640
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 30 2019 23:59:32     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 30 2019 23:59:28     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2019 23:55:06
                 Synchrony Bank, c/o PRA Recievables Management, LL,    POB 41021,    Norfolk, VA 23541-1021
516840987      +E-mail/Text: bankruptcy@cavps.com Apr 30 2019 23:59:52     Cavalry Porftfolio Services,
                 Attn: Customer Care,    500 Summit Lake Drive,    Suite 400,    Valhalla, NY 10595-2322
516840992       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 30 2019 23:56:09
                 Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
516845444      +E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2019 23:55:58     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 6
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2019                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2019 at the address(es) listed below:

           Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Ernest G. Ianetti    on behalf of Joint Debtor Sheyla D Morales ianetti.efiling@outlook.com, eianetti20@gmail.com;r53532@notify.bestcase.com  
           Ernest G. Ianetti    on behalf of Debtor Juan A Morales ianetti.efiling@outlook.com, eianetti20@gmail.com;r53532@notify.bestcase.com  
           Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com

```
District/off: 0312-2          User: admin              Page 2 of 2                  Date Rcvd: Apr 30, 2019
                              Form ID: pdf905          Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          John R. Morton, Jr.    on behalf of Creditor    Nissan Motor Acceptance Corporation, Servicer for Nissan-Infiniti LT ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          Nancy Isaacson    nisaacson@greenbaumlaw.com, isaacson@remote7solutions.com;J101@ecfcbis.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                  TOTAL: 7