Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                          Case No.:  17–20509–JKS
                          Chapter:  7
                          Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Juan A Morales | Sheyla D Morales |
| 203 Paxton Street | 203 Paxton Street |
| Paterson, NJ 07503 | Paterson, NJ 07503 |

Social Security No.:
  xxx–xx–1291                                     xxx–xx–5455

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Nancy Isaacson is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>July 17, 2019</u>                 <u>John K. Sherwood</u>
                                          Judge, United States Bankruptcy Court